NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MARK PONDER,                        )
                                    )
          Appellant,                )
                                    )
v.                                  )        Case No.  2D18-616
                                    )
MARY WHITEHURST PONDER,             )
                                    )
          Appellee.                 )
_____ )

Opinion filed November 30, 2018.

Appeal from the Circuit Court for Collier
County; Elizabeth V. Krier, Judge.

Ryan M. Tarnow of Tarnow & Associates
Family Lawyers, PLLC, Naples, for
Appellant.

Nico Vitale, Naples, for Appellee.


PER CURIAM.



          Affirmed.



LaROSE, C.J., and SILBERMAN and ATKINSON, JJ., Concur.